

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2019

No. 04-19-00700-CV

**IN RE IMPLICITY MANAGEMENT COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

On October 10, 2019, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted on October 23, 2019. The real party in interest responded and relator replied. After considering the petition, response, reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on October 23, 2019 is lifted.

It is so **ORDERED** on December 11, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2019.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016CI11019, styled *Implicity Management Company v. American Risk Insurance Co., Inc.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.